UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGINDER SINGH,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN DESERT VIEW<br>FACILITY, et al.,<br><br>    Respondents. | Case No. 5:26-cv-01831-ODW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered granting the Petition;

2. Petitioner's re-detention without notice and an opportunity to be heard violates the Due Process Clause of the Fifth Amendment;

3. Petitioner's ongoing detention without a bond hearing violates the Due

Process Clause of the Fifth Amendment; and

4.    Respondents must immediately release Petitioner from DHS custody under the same conditions that existed prior to his re-detention.

DATED:  April 22, 2026

_____

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2