JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOGINDER SINGH,

    Petitioner,

v.

WARDEN DESERT VIEW

FACILITY, et al.,

    Respondents.

Case No. 5:26-cv-01831-ODW-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

DATED:__April 22, 2026

_____

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE